1  M. BRADLEY WISHEK (SBN 121875)
   ROTHSCHILD WISHEK & SANDS LLP
2  901 F STREET, SUITE 200
   Sacramento, CA  95814
3  Telephone: (916) 444-9845
   FACSIMILE: (916) 444-2768
4
   Attorneys for Defendant,
5  THOMAS LU

6          IN THE UNITED STATES DISTRICT COURT FOR THE

7                  EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,            Case No.: 2:12 CR-0207 LKK

10          Plaintiff,
                                        STIPULATION AND ORDER
11      vs.                             CONTINUING STATUS CONFERENCE

12  THOMAS LU,                          Date:  March 19, 2013
                                        Time:  9:15 a.m.
13          Defendant.                  Ctrm:  4 (LKK)

14

15        The United States of America, through its counsel Assistant

16  U. S. Attorneys William Wong and Michael Anderson, and defendant

17  Thomas Lu, through his counsel M. Bradley Wishek, stipulate that

18  the status conference regarding the imposition of judgment and

19  sentence upon Mr. Lu now scheduled for 9:15 a.m. on March 19,

20  2013, may be continued to August 27, 2013, at 9:15 a.m.

21        A continuance of the status conference is necessary

22  because, while Mr. Lu's case has been resolved by way of a

23  guilty plea, the charges against some other defendants in the

24  case are still pending and information pertaining to the

25  resolution of the charges against those defendants may be

26  helpful to the Court in fashioning a sentence for Mr. Lu.

27  Therefore, the parties request that the status conference

28

- 1 -

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

1 regarding the imposition of judgment and sentence pertaining to

2 Mr. Lu be continued to August 27, 2013, at 9:15 a.m.

3    **IT IS SO STIPULATED.**

4

5                                        //s//M. Bradley Wishek for

6 DATED:   March 15, 2013      By:_____William Wong_____

                                         William Wong

7                                        Assistant U.S. Attorney

8 DATED:   March 15, 2013      By: _//s// M. Bradley Wishek___

                                         M. BRADLEY WISHEK,

9                                        ROTHSCHILD WISHEK & SANDS

10                                       LLP, Attorneys for

                                         Defendant Thomas Lu

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

1

**ORDER**

2        Good cause appearing upon the stipulation of the parties,

3   it is ordered that the status conference regarding the

4   imposition of judgment and sentence upon Thomas Lu now scheduled

5   for March 19, 2013, is continued to 9:15 a.m. on August 27,

6   2013.

7        **IT IS SO ORDERED:**

8   DATED: March 18, 2013

9

10   LAWRENCE K. KARLTON
     SENIOR JUDGE
11   UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE