M. BRADLEY WISHEK (SBN 121875)
ROTHSCHILD WISHEK & SANDS LLP
901 F STREET, SUITE 200
Sacramento, CA  95814
Telephone: (916) 444-9845
FACSIMILE: (916) 444-2768

Attorneys for Defendant,
THOMAS LU

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:12-CR-0207 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | |
| THOMAS LU, | Date: August 29, 2013<br>Time: 9:30 a.m.<br>Ctrm: 2 (TLN) |
| Defendant. | |

  The United States of America, through its counsel Assistant U. S. Attorneys William Wong and Michael Anderson, and defendant Thomas Lu, through his counsel M. Bradley Wishek, stipulate that the status conference regarding the imposition of judgment and sentence upon Mr. Lu now scheduled for 9:30 a.m. on August 29, 2013, may be continued to December 19, 2013, at 9:30 a.m.

  A continuance of the status conference is necessary because, while Mr. Lu's case has been resolved by way of a guilty plea, the charges against some other defendants in the case are still pending and information pertaining to the resolution of the charges against those defendants may be helpful to the Court in fashioning a sentence for Mr. Lu. Therefore, the parties request that the status conference

1  regarding the imposition of judgment and sentence pertaining to
2  Mr. Lu be continued to December 19, 2013, at 9:30 a.m.
3      **IT IS SO STIPULATED.**
4
5                                    //s//M. Bradley Wishek for
6  DATED:    August 27, 2013    By:_____William Wong_____
                                        William Wong
7                                       Assistant U.S. Attorney

8  DATED:    August 27, 2013    By:  //s// M. Bradley Wishek
                                      M. BRADLEY WISHEK,
9                                     ROTHSCHILD WISHEK & SANDS
10                                    LLP, Attorneys for
                                      Defendant Thomas Lu
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Good cause appearing upon the stipulation of the parties, it is ordered that the status conference regarding the imposition of judgment and sentence upon Thomas Lu now scheduled for August 29, 2013, is continued to 9:30 a.m. on December 19, 2013.

**IT IS SO ORDERED:**

Dated: August 29, 2013

Troy L. Nunley
United States District Judge