1  M. BRADLEY WISHEK (SBN 121875)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   FACSIMILE: (916) 640-0027
4
   Attorneys for Defendant,
5  THOMAS LU

6              IN THE UNITED STATES DISTRICT COURT FOR THE
7                    EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,            Case No.: 2:12 CR-0207 TLN
10          Plaintiff,
                                        STIPULATION AND ORDER
11     vs.                              CONTINUING STATUS CONFERENCE

12 THOMAS LU,                           Date: December 19, 2013
                                        Time: 9:30 a.m.
13          Defendant.                  Ctrm: 2 (TLN)
14

15      The United States of America, through its counsel Assistant
16 U. S. Attorneys William Wong and Michael Anderson, and defendant
17 Thomas Lu, through his counsel M. Bradley Wishek, stipulate that
18 the status conference regarding the imposition of judgment and
19 sentence upon Mr. Lu now scheduled for 9:30 a.m. on December 19,
20 2013, may be continued to November 6, 2014, at 9:30 a.m.
21      A continuance of the status conference is necessary
22 because, while Mr. Lu's case has been resolved by way of a
23 guilty plea, the charges against some other defendants in the
24 case are still pending and information pertaining to the
25 resolution of the charges against those defendants may be
26 helpful to the Court in fashioning a sentence for Mr. Lu.
27 Therefore, the parties request that the status conference
28

1  regarding the imposition of judgment and sentence pertaining to
2  Mr. Lu be continued to November 6, 2014, at 9:30 a.m.
3      **IT IS SO STIPULATED**.

```
                                         //s//M. Bradley Wishek for
DATED:    December 9, 2013               By:       William Wong
                                             William Wong
                                             Assistant U.S. Attorney

DATED:    December 9, 2013               By://s// M. Bradley Wishek
                                             M. BRADLEY WISHEK,
                                             ROTHSCHILD WISHEK & SANDS
                                             LLP, Attorneys for
                                             Defendant Thomas Lu
```

**ORDER**

Good cause appearing upon the stipulation of the parties, it is ordered that the status conference regarding the imposition of judgment and sentence upon Thomas Lu now scheduled for December 19, 2013, is continued to 9:30 a.m. on November 6, 2014.

**IT IS SO ORDERED:**

Dated: December 10, 2013

_____
Troy L. Nunley
United States District Judge