1  M. BRADLEY WISHEK (SBN 121875)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   FACSIMILE: (916) 640-0027
4
   Attorneys for Defendant,
5  THOMAS LU

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,            Case No.: 2:12-CR-0207-TLN

10          Plaintiff,
                                        STIPULATION AND ORDER
11      vs.                             CONTINUING STATUS CONFERENCE

12  THOMAS LU,                          Date: November 6, 2014
                                        Time: 9:30 a.m.
13          Defendant.                  Ctrm: 2 (TLN)

14

15      The United States of America, through its counsel Assistant
16  U. S. Attorneys William Wong and Michael Anderson, and defendant
17  Thomas Lu, through his counsel M. Bradley Wishek, stipulate that
18  the status conference regarding the imposition of judgment and
19  sentence upon Mr. Lu now scheduled for 9:30 a.m. on November 6,
20  2014, may be continued to March 26, 2015, at 9:30 a.m.
21      A continuance of the status conference is necessary
22  because, while Mr. Lu's case has been resolved by way of a
23  guilty plea, the charges against some other defendants in the
24  case are still pending and information pertaining to the
25  resolution of the charges against those defendants may be
26  helpful to the Court in fashioning a sentence for Mr. Lu.
27  Therefore, the parties request that the status conference
28  regarding the imposition of judgment and sentence pertaining to

1  Mr. Lu be continued to March 26, 2015, at 9:30 a.m.
2      **IT IS SO STIPULATED.**
3
4  DATED:   November 3, 2014       By: //s// M. Bradley Wishek for
                                        William Wong
5                                       Assistant U.S. Attorney
6  DATED:   November 3, 2014       By: //s// M. Bradley Wishek
                                        M. BRADLEY WISHEK,
7                                       ROTHSCHILD WISHEK & SANDS
                                        LLP, Attorneys for
8                                       Defendant Thomas Lu

**ORDER**

Good cause appearing upon the stipulation of the parties, it is ordered that the status conference regarding the imposition of judgment and sentence upon Thomas Lu now scheduled for November 6, 2014, is continued to 9:30 a.m. on March 26 2015.

**IT IS SO ORDERED:**


Dated:  November 4, 2014

_____
Troy L. Nunley
United States District Judge