M. BRADLEY WISHEK (SBN 121875)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
FACSIMILE: (916) 640-0027

Attorneys for Defendant,
THOMAS LU

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:12-CR-0207 TLN |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| THOMAS LU, | Date:  March 26, 2015<br>Time:  9:30 a.m.<br>Ctrm:  2 (TLN) |
| Defendant. | |

    The United States of America, through its counsel Assistant U. S. Attorneys William Wong and Michael Anderson, and defendant Thomas Lu, through his counsel M. Bradley Wishek, stipulate that the status conference regarding the imposition of judgment and sentence upon Mr. Lu now scheduled for 9:30 a.m. on March 26, 2015, may be continued to July 9, 2015, at 9:30 a.m.

    A continuance of the status conference is necessary because, while Mr. Lu's case has been resolved by way of a guilty plea, the charges against some other defendants in the case are still pending and information pertaining to the resolution of the charges against those defendants may be helpful to the Court in fashioning a sentence for Mr. Lu. Therefore, the parties request that the status conference regarding the imposition of judgment and sentence pertaining to

1  Mr. Lu be continued to July 9, 2015, at 9:30 a.m.

2  **IT IS SO STIPULATED.**

3

4  DATED:    March 23, 2015            By: //s// M. Bradley Wishek for
                                            William Wong
5                                           Assistant U.S. Attorney

6  DATED:    March 23, 2015            By: //s// M. Bradley Wishek
                                            M. BRADLEY WISHEK,
7                                           ROTHSCHILD WISHEK & SANDS
                                            LLP, Attorneys for
8                                           Defendant Thomas Lu

9
                                **ORDER**
10
       Good cause appearing upon the stipulation of the parties,
11
   it is ordered that the status conference regarding the
12
   imposition of judgment and sentence upon Thomas Lu now scheduled
13
   for March 26, 2015, is continued to 9:30 a.m. on July 9, 2015.
14
       **IT IS SO ORDERED:**
15

16
   DATED:    March 24, 2015
17
                                         _____
18                                       Troy L. Nunley
                                         United States District Judge
19

20

21

22

23

24

25

26

27

28

- 2 -

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE