M. BRADLEY WISHEK (SBN 121875)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
FACSIMILE: (916) 640-0027

Attorneys for Defendant,
THOMAS LU

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:12-CR-0207 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | |
| THOMAS LU, | Date:  July 9, 2015<br>Time:  9:30 a.m.<br>Ctrm:  2 (TLN) |
| Defendant. | |

The United States of America, through its counsel Assistant U. S. Attorneys William Wong and Michael Anderson, and defendant Thomas Lu, through his counsel M. Bradley Wishek, stipulate that the status conference regarding the imposition of judgment and sentence upon Mr. Lu now scheduled for 9:30 a.m. on July 9, 2015, may be continued to September 24 2015, at 9:30 a.m.

A continuance of the status conference is necessary because, while Mr. Lu's case has been resolved by way of a guilty plea, the other defendants in the case are moving for new trials after having been convicted and information pertaining to the resolution of the case against those defendants may be helpful to the Court in fashioning a sentence for Mr. Lu. Therefore, the parties request that the status conference regarding the imposition of judgment and sentence pertaining to

1  Mr. Lu be continued to September 24, 2015, at 9:30 a.m.
2       **IT IS SO STIPULATED.**
3
4  DATED:   July 6, 2015     By://s// M. Bradley Wishek for
                                      William Wong
5                                     Assistant U.S. Attorney

6  DATED:   July 6, 2015     By://s// M. Bradley Wishek
                                      M. BRADLEY WISHEK,
7                                     ROTHSCHILD WISHEK & SANDS
                                      LLP, Attorneys for
8                                     Defendant Thomas Lu

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Good cause appearing upon the stipulation of the parties, it is ordered that the status conference regarding the imposition of judgment and sentence upon Thomas Lu now scheduled for July 9, 2015, is continued to 9:30 a.m. on September 24, 2015.

**IT IS SO ORDERED:**

DATED: July 7, 2015

Troy L. Nunley
United States District Judge

- 3 -
STIPULATION AND ORDER CONTINUING STATUS CONFERENCE