1  M. BRADLEY WISHEK (SBN 121875)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   FACSIMILE: (916) 640-0027
4
   Attorneys for Defendant,
5  THOMAS LU

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

| UNITED STATES OF AMERICA, | Case No.: 2:12-CR-0207 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | |
| THOMAS LU, | Date: September 24, 2015<br>Time: 9:30 a.m.<br>Ctrm: 2 (TLN) |
| Defendant. | |

       The United States of America, through its counsel Assistant U. S. Attorneys William Wong and Michael Anderson, and defendant Thomas Lu, through his counsel M. Bradley Wishek, stipulate that the status conference regarding the imposition of judgment and sentence upon Mr. Lu now scheduled for 9:30 a.m. on September 24, 2015, may be continued to December 10, 2015 at 9:30 a.m.

       A continuance of the status conference is necessary because, while Mr. Lu's case has been resolved by way of a guilty plea, the other defendants in the case are moving for new trials after having been convicted and information pertaining to the resolution of the case against those defendants may be helpful to the Court in fashioning a sentence for Mr. Lu. Therefore, the parties request that the status conference regarding the imposition of judgment and sentence pertaining to

1  Mr. Lu be continued to December 10, 2015, at 9:30 a.m.
2      **IT IS SO STIPULATED.**
3
4  DATED:    September 21, 2015    By:<u>//s// M. Bradley Wishek for</u>
5                                         William Wong
                                           Assistant U.S. Attorney
6  DATED:    September 21, 2015    By:<u>//s// M. Bradley Wishek </u>
7                                         M. BRADLEY WISHEK,
                                           ROTHSCHILD WISHEK & SANDS
                                           LLP, Attorneys for
8                                          Defendant Thomas Lu

**ORDER**

Good cause appearing upon the stipulation of the parties, it is ordered that the status conference regarding the imposition of judgment and sentence upon Thomas Lu now scheduled for September 24, 2015, is continued to 9:30 a.m. on December 10, 2015.

**IT IS SO ORDERED:**

DATED: September 22, 2015

_____
Troy L. Nunley
United States District Judge