M. BRADLEY WISHEK (SBN 121875)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
FACSIMILE: (916) 640-0027

Attorneys for Defendant,
THOMAS LU

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-CR-0207 TLN |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| THOMAS LU, | Date:  December 10, 2015<br>Time:  9:30 a.m.<br>Ctrm:  2 (TLN) |
| Defendant. | |

    The United States of America, through its counsel Assistant U. S. Attorneys William Wong and Michael Anderson, and defendant Thomas Lu, through his counsel M. Bradley Wishek, stipulate that the status conference regarding the imposition of judgment and sentence upon Mr. Lu now scheduled for 9:30 a.m. on December 10, 2015, may be continued to March 3, 2016 at 9:30 a.m.

    A continuance of the status conference is necessary because, while Mr. Lu's case has been resolved by way of a guilty plea, the other defendants in the case have not yet been sentenced and information pertaining to the resolution of the case against those defendants may be helpful to the Court in fashioning a sentence for Mr. Lu.  Therefore, the parties request that the status conference regarding the imposition of

judgment and sentence pertaining to Mr. Lu be continued to March 3, 2016, at 9:30 a.m.

**IT IS SO STIPULATED.**

DATED:   December 8, 2015        By://s//M. Bradley Wishek for
                                          William Wong
                                          Assistant U.S. Attorney

DATED:   December 8, 2015        By://s//M. Bradley Wishek
                                          M. BRADLEY WISHEK,
                                          ROTHSCHILD WISHEK & SANDS
                                          LLP, Attorneys for
                                          Defendant Thomas Lu

1 **ORDER**

2    Good cause appearing upon the stipulation of the parties,
3 it is ordered that the status conference regarding the
4 imposition of judgment and sentence upon Thomas Lu now scheduled
5 for December 10, 2015, is continued to 9:30 a.m. on March 3,
6 2016.
7    **IT IS SO ORDERED:**
8
9 DATED: December 8, 2015    _____
10                              Troy L. Nunley
                                 United States District Judge

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE