M. BRADLEY WISHEK (SBN 121875)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
FACSIMILE: (916) 640-0027

Attorneys for Defendant,
THOMAS LU

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THOMAS LU,<br><br>　　　　Defendant. | Case No.: 2:12-CR-0207 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date:  March 3, 2016<br>Time:  9:30 a.m.<br>Ctrm:  2 (TLN) |
|---|---|

　　　The United States of America, through its counsel Assistant U. S. Attorneys William Wong and Michael Anderson, and defendant Thomas Lu, through his counsel M. Bradley Wishek, stipulate that the status conference regarding the imposition of judgment and sentence upon Mr. Lu now scheduled for 9:30 a.m. on March 3, 2016, may be continued to May 5, 2016 at 9:30 a.m.

　　　A continuance of the status conference is necessary because, while Mr. Lu's case has been resolved by way of a guilty plea, the other defendants in the case have not yet been sentenced and information pertaining to the resolution of the case against those defendants may be helpful to the Court in fashioning a sentence for Mr. Lu.  Therefore, the parties request that the status conference regarding the imposition of

1  judgment and sentence pertaining to Mr. Lu be continued to May
2  5, 2016, at 9:30 a.m.
3      **IT IS SO STIPULATED.**
4
5  DATED:   March 1, 2016         By://s//M. Bradley Wishek for
                                        William Wong
6                                       Assistant U.S. Attorney
7  DATED:   March 1, 2016         By://s//M. Bradley Wishek
                                        M. BRADLEY WISHEK,
8                                       ROTHSCHILD WISHEK & SANDS
                                        LLP, Attorneys for
9                                       Defendant Thomas Lu
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 **ORDER**

2 Good cause appearing upon the stipulation of the parties,
3 it is ordered that the status conference regarding the
4 imposition of judgment and sentence upon Thomas Lu now scheduled
5 for March 3, 2016 is continued to 9:30 a.m. on May 5, 2016.

6 **IT IS SO ORDERED:**

7

8 DATED: March 1, 2016       _____
                             TROY L. NUNLEY
9                            United States District Court Judge