M. BRADLEY WISHEK (SBN 121875)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
FACSIMILE: (916) 640-0027

Attorneys for Defendant,
THOMAS LU

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THOMAS LU,<br><br>　　　　Defendant. | Case No.: 2:12-CR-0207 TLN<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING HEARING<br><br>Date:  September 1, 2016<br>Time:  9:30 a.m.<br>Ctrm:  2 (TLN) |

　　　The United States of America, through its counsel Assistant U. S. Attorneys William Wong and Michael Anderson, and defendant Thomas Lu, through his counsel M. Bradley Wishek, stipulate that the hearing on the imposition of judgment and sentence upon Mr. Lu now scheduled for 9:30 a.m. on September 1 2016, may be continued to September 29, 2016 at 9:30 a.m.

　　　A continuance of the hearing is necessary because Assistant U.S. Attorney William Wong must appear in another matter outside the state and because the parties are working toward agreement upon a joint sentencing recommendation.  Therefore, the parties request that the hearing regarding the imposition of judgment and sentence pertaining to Mr. Lu be continued to September 29, 2016, at 9:30 a.m.

STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING HEARING

1        **IT IS SO STIPULATED.**

3  DATED:    August 12, 2016         By: //s//M. Bradley Wishek for
4                                         William Wong
                                          Assistant U.S. Attorney

5  DATED:    August 12, 2016         By: //s//M. Bradley Wishek
                                          M. BRADLEY WISHEK,
6                                         ROTHSCHILD WISHEK & SANDS
                                          LLP, Attorneys for
7                                         Defendant Thomas Lu

STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING HEARING

**ORDER**

Good cause appearing upon the stipulation of the parties, it is ordered that the hearing regarding the imposition of judgment and sentence upon Thomas Lu now scheduled for September 1, 2016 is continued to 9:30 a.m. on September 29, 2016.

**IT IS SO ORDERED:**

DATED: August 15, 2016

_____
Troy L. Nunley
United States District Judge